IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MELVIN SMITH, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
|   v. | : | |
| | : | |
| JOHN E. WETZEL, et al., | : | |
|     Respondents. | : | No.  13-2410 |

## ORDER

AND NOW, this 14th day of August, 2015, upon consideration of the petitioner's Motion for Discovery and Consolidated Memorandum of Law (Document No. 26), the government's Response to Motion for Response (Document No. 29), petitioner's Motion for Leave to Reply (Document No. 30), the government's Response to Petitioner's Motion for Leave to Reply (Document No. 31), and petitioner's Notice of Supplemental Authority (Document No. 37), it is hereby ORDERED that petitioner's motion for discovery is DENIED.

BY THE COURT:

 /s/ LINDA K. CARACAPPA
LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE